UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL NO. 25 and SEAN M. O'BRIEN,<br><br>Plaintiffs,<br><br>v.<br><br>GUY EMERSON,<br><br>Defendant. | Civil Action No: 18-10457-ADB |

## JUDGMENT

Upon the Court's Order granting the parties' Stipulated Agreed Upon Judgment, it is hereby:

ORDERED, ADJUDGED AND DECREED that:

(1) the Defendant abide by the provision of the Parties' Settlement Agreement;

(2) the Defendant cease and desist from the use of any registered trademarks of TEAMSTERS or the International Brotherhood of Teamsters;

(3) the Defendant cease from using any content obtained from TEAMSTERS' website;

(4) the Defendant cease and desist from making or publicizing any false or defamatory statements about TEAMSTERS, TEAMSTERS' President Sean M. O'Brien, Local 25's Business Agents and Officers, and any immediate family members of Business Agents or Officers of TEAMSTERS.

**SO ORDERED.**

April 22, 2019

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE